RECEIVED
IN LAKE CHARLES, LA

AUG 17 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KENNITH W. MONTGOMERY, | * | CIVIL ACTION NO. 2:13-cv-2594 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| GEO GROUP, INC., ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

**********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 17] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Complaint [Doc. 1] be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Modify and/or Dismiss and Amend [Doc. 20] be and hereby is **DENIED**.

Lake Charles, Louisiana, this 13 day of August, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE